MAGISTRATE JUDGE STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. MJ14-5032-KLS |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| vs. ) | MOTION TO EXTEND TIME TO FILE |
| ) | INDICTMENT UNDER SPEEDY TRIAL |
| JOSEPH THOMAS FRENCH, ) | ACT |
| Defendant. ) | |

Having considered the Defense Unopposed Motion to Extend Time To File Indictment Under Speedy Trial Act, the facts set forth in which are hereby incorporated by reference and adopted as findings of fact, the Court finds that the ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy indictment and trial pursuant to Title 18 U.S.C., sections 3161(h)(7)(A), (B)(I) and (B)(iv). Moreover, given that the defense's investigation in this matter remains incomplete, the failure to grant the requested extension would deny the defense the reasonable time necessary for adequate and effective preparation, taking into account the exercise of due diligence. Therefore,

IT IS HEREBY ORDERED that the time to file an indictment in this matter be continued to August 8, 2014. The period of delay resulting from this continuance from

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT     – 1

1  May 9, 2014, up to and including August 8, 2014, is hereby excluded for speedy trial purposes
2  under 18 U.S.C. § 3161(h)(7).
3      DONE this 23rd day of April, 2014.

                                                      Karen L. Strombom
                                                     United States Magistrate Judge

Presented by:

s/ *Linda R. Sullivan*
LINDA R. SULLIVAN
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT  – 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710